WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**ROBIN HUCKINS,**                                        CV # 06-1157-HO

        Plaintiff,

vs.                                                         ORDER

**COMMISSIONER of Social Security,**

        Defendant.

_____

        Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address,

19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.


        DATED this 17th day of Oct. , 2007.


                                        _Michael R. Hogan_
                                        United States District Judge


Submitted on October 9, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff


ORDER - Page 1